IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK ANTHONY BROWN,** | Case No. 2:22-cv-02200-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **A. BALLARD,** | |
| Defendant. | |

    Defendant A. Ballard moves the Court for an Order permitting the parties to opt out of the early settlement conference ordered in ECF No. 14. The Court has considered the request and finds that good cause exists to grant the motion.

    **IT IS HEREBY ORDERED** that Defendant's motion to opt out of the Court's Post-Screening Early Alternative Dispute Resolution (ECF No. 16) is **GRANTED** and the stay of this action is **LIFTED**.

Dated: July 19, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:22-cv-02200-AC)